| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | KATHERINE M. LLOYD-LOVETT (CABN 276256)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612<br>Telephone: (510) 637-3680 |
| 7 | FAX: (510) 637-3724<br>Katherine.Lloyd-Lovett@usdoj.gov |
| 8 | Attorneys for United States of America |

**FILED**

JUL 27 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR17 0413 JD |
|---|---|
| Plaintiff, | ) |
| v. | ) **MOTION TO SEAL**<br>) **AND [PROPOSED] ORDER** |
| DAMIEN RAY JOHNSON, | ) [UNDER SEAL] |
| Defendant. | ) |

The United States hereby moves the Court for an order sealing this Motion, the Indictment, the Arrest Warrant, and this Sealing Order until further order of the Court. Disclosure of the existence of the Indictment and Arrest Warrant may cause the subject of the Indictment to flee, destroy evidence or conceal on-going criminal activity, jeopardizing the progress of the ongoing investigation and the arrest of the defendant. The United States also requests that a copy of the Indictment and Arrest Warrant be provided to agents of the United States Postal Inspection Service, other law enforcement, and employees

MOT. TO SEAL AND [PROP.] ORDER

of the United States Attorney's Office, and that the Indictment and Arrest Warrant may be disclosed to federal agents and other law enforcement officers in order to effectuate the arrest of the defendant.

DATED: July 27, 2017

Respectfully Submitted,

BRIAN STRETCH
United States Attorney

KATHERINE M. LLOYD-LOVETT
Assistant United States Attorney

## ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion to Seal, Indictment, Arrest Warrant, this Sealing Order, and other related documents in this case shall be sealed until further order of the Court. A copy of the Indictment and Arrest Warrant shall be provided to agents of the United States Postal Inspection Service, other law enforcement, and employees of the United States Attorney's Office, and the Indictment and Arrest Warrant may be disclosed to federal agents and other law enforcement officers in order to effectuate the arrest of the defendant.

DATED: 7-27-17

HON. SALLIE KIM
United States Magistrate Judge

MOT. TO SEAL AND [PROP.] ORDER